THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC SHIELDS,

        Plaintiff,

v.                                 3:22-CV-261
                                     (JUDGE MARIANI)
THOMAS WILLIAMS, *et al.*,

        Defendants.

### ORDER

AND NOW, THIS _8th_ DAY OF FEBRUARY 2023, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 14) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Amended Complaint (Doc. 10) is **DISMISSED** without leave to amend for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                                Robert D. Mariani
                                                                 United States District Judge